GAS & WELL OPERATING SERVICE and
Travelers Insurance Company.

No. 52983.

Nov. 28, 1972.

Writ denied: Under the facts found by the Court of Appeal, there is no error of law.

268 So.2d 680

J. Minos SIMON

v.

SOUTHWEST LOUISIANA ELECTRIC
MEMBERSHIP CORPORATION.

No. 52986.

Nov. 28, 1972.

Application denied; the result is correct.

HAMLIN, SUMMERS & DIXON, JJ., are of the view that the application should be granted.

268 So.2d 680

Mrs. Lovenia C. ROYER

v.

E. W. CANTRELLE, d/b/a Hub City
Laundry and Cleaners.

No. 52988.

Nov. 28, 1972.

Writ refused. On the facts found by the court of appeal we find no error of law in its judgment.